IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 12 2023
CLERK, U.S. DISTRICT COURT
By_____ TC
     Deputy

MICHAEL WEBB
     Petitioner

v.

Captain Winslett
     Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 4-23CV0045-O
(supplied by Clerk of Court)

PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

Personal Information

1. (a) Your full name: Michael Darwin Webb
   (b) Other names you have used: None

2. Place of confinement:
   (a) Name of institution: Grady County Jail
   (b) Address: 215 N. 3rd St.
                Chickasha, Oklahoma 73018
   (c) Your identification number: 58831-177

3. Are you currently being held on orders by:
   ☒ Federal Authorities   ☐ State Authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting on a trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
       If you are currently serving a sentence, provide:
       (a) Name and location of court that sentenced you: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION FORT WORTH TEXAS
       (b) Docket number of criminal case: 4:19-CR-00196-O-1

(c) Date of sentencing: February 13, 2020

[ ] Being held on an immigration charge

[ ] Other (explain)

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other (explain):

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION FORT WORTH TEXAS

    (b) Docket number, case number, or opinion number: 4:19-CR-00196-O-1

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

    I was sentenced beyond the statutory maximum that the crime I was convicted of carries

    (d) Date of the decision or action: February 13, 2020

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☐ Yes   ☑ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: *My attorney filed a Direct Appeal with the Appeals Court in New Orleans*

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☑ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: *Because I didn't file a first appeal.*

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes   ☑ No

   (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____

    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal: _Because I didn't file a first or second appeal._

10. **Motion under 28 U.S.C. § 2255  (NOTE: this section is to be completed only by persons being held in custody on orders of federal authorities)**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes      ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☑ Yes      ☐ No

If "Yes," provide:

(1) Name of court: _United States Court of Appeals_
(2) Case number: _4:19-CR-00196-0-1_
(3) Date of filing: _12-6-22_
(4) Result: _N/A_
(5) Date of result: _____
(6) Issues raised: _Violation of Civil Rights, Hearsay Allowed, Planting of Evidence, and Violation of Laws_

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes      ☑ No

If "Yes," provide:

(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: *The law was broken to obtain my conviction and I was given a life sentence for a charge that only carries ten (10) years maximum.*

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes     ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

    ☐ Yes     ☑ No

    If "Yes," provide:

    (1) Date of filing:

    (2) Case number:

    (3) Result:

    (4) Date of result:

    (5) Issues raised:

    (d)    Did you appeal the decision to the United States Court of Appeals?

        ☐ Yes        ☑ No

        If "Yes," provide:

        (1) Name of court:

        (2) Date of filing:

        (3) Case number:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes        ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** (Violation of Civil Rights) I was convicted "solely" on my "forced" confession that the Fort Worth police beat out of me, at gun point threatening to kill me if I didn't confess to the crime while I was in handcuffs lying on the floor. The United States Constitution states that if the police obtain a confession by violating one's civil

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The beating is on video that the hotel cameras captured. My trial attorney, John Stickney, my direct appeal attorney Matthew Wright and the F.B.I. investigator all have the video on their lap tops.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes  ☑ No

**GROUND TWO:** Violation of My Constitutional and Civil Rights and The Law

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Fort Worth Police broke down the door to my hotel room and entered my room without a search warrant or arrest warrant.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes  ☑ No

**GROUND THREE:** Violation of The Law and Constitution

(GROUND ONE ATTACHMENT)

rights, then "by law" that confession is inadmissable in the court of law. But Judge O'Connor knowingly and intentionally broke the law by allowing it.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Judge O'Connor allowed hearsay without calling the witness to the stand to be cross examined. I was on trial for kidnapping but all the prosecution talked about at trial and the interviewer that took the stand talked about was sexual assault to the jury and my attorney's never objected. My sexual assault charges were dismissed because there was "NO" DNA evidence linking me to a sexual assault. But Judge O'Connor allowed this hearsay without bringing in the witness to be cross examined.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☑ No

**GROUND FOUR:** Violation of Constitution and The Law

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I was denied the right to testify on my behalf at my trial by my attorney's therefore, I chose not to be present in the courtroom at my trial since I couldn't testify.

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☑ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I did not present the planting of evidence because I only have four (4) grounds to appeal.

**Request for Relief**

15. State exactly what you want the court to do: Dismiss my charges due to all the laws that were broken to convict me and lies that were told in court and in the media world wide or, grant me a new and fair trial.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system, with the correct postage attached:

*12-18-22*

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: *12-18-22*

*Michael Webb*

*Signature of Petitioner*

_____

*Signature of Attorney or other authorized person, if any*

Grady County Jail
Michael Webb # 68831-177
215 N. 3rd St.
Chickasha, OK 73018





first class



RECEIVED
JAN 12 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

District Clerk
501 W. 10th St.
Room 201
Ft. Worth, TX 76102