IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHAEL WEBB, <br> Institutional ID No. 58831-177 | § <br> § <br> § | |
| Petitioner, | § <br> § | |
| VS. | § <br> § | Civil Action No. 4:23-cv-45-O |
| CAPTAIN WINSLETT, | § <br> § <br> § | |
| Respondent. | § | |

## **FINAL JUDGMENT**

In accordance with the Court's order of dismissal entered this day, it is the final judgment of the Court that Michael Webb's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED** this **28th day** of **March, 2023.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE